UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00187-LK |
|---|---|
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE DISPOSITION HEARING |
| v. | |
| SHARIEFF SYLVESTER, | |
| Defendant. | |

The Court has considered Mr. Sylvester's unopposed motion to continue the disposition hearing, Dkt. No. 13, the Government's notice of non-opposition, Dkt. No. 14, and the remainder of the record. The Court GRANTS the motion and hereby orders that the disposition hearing shall be continued from June 29, 2022 to September 7, 2022 at 10:00 am.

Dated this 28th day of June, 2022.

*Lauren King*

Lauren King
United States District Judge